## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

v.

**JENSEN MARTÍNEZ-LÓPEZ**

Defendant.

CRIM. NO. 25-397 (GMM)

## ORDER OF DETENTION

Defendant was on conditions of release pending trial. See Docket No. 176. On July 24, 2026, the United States Probation Office (USPO) filed a motion informing of Defendant's violations of his conditions of bail. Docket No. 193. An arrest warrant was issued. Docket No. 199.

The case was called for a bail revocation hearing. Pursuant to the Bail Reform Act, the Court "shall enter an order of revocation and detention if, after a hearing," the Court finds (1) probable cause to believe that the defendant committed a crime while on release, or clear and convincing evidence that the defendant violated any other condition of release, and that (2) no conditions will reasonably assure that the defendant will not flee or pose a danger or the person is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b).

The Government moved for revocation of bail and Defendant informed that he would not contest the revocation proceedings. Pursuant to the motion filed by

1

the USPO, Defendant engaged in new criminal conduct involving violence. Because Defendant did not contest the alleged violations of bail, I find that there is probable cause that Defendant engaged in new criminal conduct and that there are no conditions to reasonably assure the safety of others, including that of his consensual partner. Defendant's bail is revoked and he is ordered detained pending trial.

IT IS SO ORDERED.
In San Juan, Puerto Rico, this 3rd day of August, 2026.

s/ Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge

2